```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION


CLIFTON ALEXANDER WALLACE, #123074                        PLAINTIFF

VS.                           CIVIL ACTION NO. 5:15-cv-23(DCB)(MTP)

MANAGEMENT AND TRAINING
CORPORATION, ET AL.                                      DEFENDANTS
```

### ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 44)**, and on the plaintiff's Objections thereto (docket entry 45). Having carefully reviewed same, the Court finds as follows:

The plaintiff alleges that when he arrived at the Wilkinson County Correctional Facility ("WCCF") from another correctional facility, he was assaulted by four WCCF officers and sustained physical injuries. Defendant Management and Training Corporation filed a motion for summary judgment based on the plaintiff's failure to exhaust administrative remedies **(docket entry 34)**.

In a thorough Report and Recommendation, Magistrate Judge Parker finds that the plaintiff failed to exhaust his administrative remedies, that the motion for summary judgment should be granted, and that the plaintiff's claims against all defendants should be dismissed without prejudice. The plaintiff's objections do not demonstrate that his administrative remedies were exhausted. The Court shall therefore follow the report and recommendations.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 44)** is ADOPTED as the findings and conclusions of this Court;

FURTHER ORDERED that the motion for summary judgment **(docket entry 34)** filed by Management and Training Corporation is GRANTED;

A separate Final Judgment shall issue dismissing this action without prejudice.

SO ORDERED, this the 16th day of March, 2016.

                                /s/ David Bramlette
                                UNITED STATES DISTRICT JUDGE